NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS F. NEENAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5147

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00733-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

WALLACE L. TAYLOR, Law Offices of Wallace L. Taylor, of Cedar Rapids, Iowa, argued for plaintiff-appellant.

BARBARA E. THOMAS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and STEVEN J. GILLINGHAM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, LINN, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


        July 15, 2014                    /s/  Daniel  E.  O'Toole
            Date                     Daniel E. O'Toole
                                     Clerk of Court